CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 3 0 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN LAMONT MCKINNON,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08-cv-00337** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **SGT. COCHRANE, et al.,** | ) | **By: Hon. Jackson L. Kiser** |
| **Defendant.** | ) | **Senior United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are

hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying

memorandum opinion to plaintiff.

**ENTER:** This 30th day of June, 2008.

Senior United States District Judge